AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

BOARD OF TRUSTEES OF THE NORTHERN
ILLINOIS BENEFIT FUND, ET AL.

   PLAINTIFFS,

  V.

K.C.W. ENVIRONMENTAL
CONDITIONING, INC., AN
ILLINOIS CORPORATION

   DEFENDANT.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 07C 6629

DESIGNATED JUDGE: JUDGE NORGLE

DESIGNATED
MAGISTRATE JUDGE: MAGISTRATE JUDGE VALDEZ

TO: (Name and address of Defendant)

 K.C.W. ENVIRONMENTAL CONDITIONING, INC.
 C/O ITS REGISTERED AGENT, LOUIS J. KOHLEY
 849 N. MAIN
 GLEN ELLYN, IL 60137

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

 DONALD D. SCHWARTZ
 PHILIP BRZOZOWSKI
 ARNOLD AND KADJAN
 19 WEST JACKSON BLVD., SUITE 300
 CHICAGO, IL 60604
 (312) 236-0415

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS, CLERK

_(signature)_
By) DEPUTY CLERK

NOV 26 2007
DATE

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE JANUARY 4, 2008 AT 2:15 P.M |
| NAME OF SERVER (PRINT) SCOTT POCIUS | TITLE INVESTIGATOR |

Check one box below to indicate appropriate method of service

☑ Served personally upon the defendant. Place where served: K.C.W. ENVIRONMENTAL CONDITIONING, INC C/O ITS REGISTERED AGENT - LOUIS J. KOHLEY AT HIS BUSINESS OFFICE - 849 N. MAIN, GLEN ELLYN, IL. HE CAN BE DESCRIBED AS A M/W, 45 YEARS OF AGE, DARK HAIR GREYING, GREYING BEARD

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 1/4/08
Date

Signature of Server

THE ARGUS AGENCY INC.
1480 RENAISSANCE DR. STE 208
PARK RIDGE IL 60068
Address of Server

[1] As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.