IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| BOARD OF TRUSTEES OF THE NORTHERN ILLINOIS BENEFIT FUND, BOARD OF TRUSTEES OF THE NORTHERN ILLINOIS PENSION FUND, BOARD OF TRUSTEES OF THE NORTHERN ILLINOIS EDUCATION FUND, BOARD OF TRUSTEES OF THE NORTHERN ILLINOIS RETIREMENT FUND,<br><br>　　　　　　　Plaintiffs,<br><br>v.<br><br>K.C.W. ENVIRONMENTAL CONDITIONING, INC., An Illinois Corporation,<br><br>　　　　　　　Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>) No. 07 C 6629<br>)<br>) Judge Norgle<br>)<br>) Magistrate Judge Valdez<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**NOTICE OF VOLUNTARY DISMISSAL**

Plaintiffs, by its attorneys, PHILIP BRZOZOWSKI, DONALD D. SCHWARTZ and ARNOLD AND KADJAN, and pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure, voluntarily dismiss this case with prejudice.

In support thereof, Plaintiffs state:

1. This case was filed on November 26, 2007.

2. Defendant has not yet answered Plaintiff's Complaint.

3. Defendant not having answered, Plaintiff may voluntarily dismiss the case.

**WHEREFORE**, Plaintiffs give this notice, dismissing the case with prejudice.

          Respectfully submitted,
          BOARD OF TRUSTEES OF THE
          NORTHERN ILLINOIS BENEFIT FUND,
          et al.


          By   /S/ Philip Brzozowski
                One of its Attorneys

Donald D. Schwartz
Philip Brzozowski
Arnold and Kadjan
19 W. Jackson Blvd., Suite 300
Chicago, IL 60604
312-236-0415