IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| BOARD OF TRUSTEES OF THE NORTHERN ILLINOIS BENEFIT FUND, BOARD OF TRUSTEES OF THE NORTHERN ILLINOIS PENSION FUND, BOARD OF TRUSTEES OF THE NORTHERN ILLINOIS EDUCATION FUND, BOARD OF TRUSTEES OF THE NORTHERN ILLINOIS RETIREMENT FUND,<br><br>        Plaintiffs,<br><br>v.<br><br>K.C.W. ENVIRONMENTAL CONDITIONING, INC., An Illinois Corporation,<br><br>        Defendant. | No. 07 C 6629<br><br>Judge Norgle<br><br>Magistrate Judge Valdez |

## NOTICE OF FILING

TO:    Lou Kohley
         KCW Environmental
         849 N. Main Street
         Glen Ellyn, IL 60137

**PLEASE TAKE NOTICE** that on February 26, 2008, we filed with the United States District Court for the Northern District of Illinois, Eastern Division, Notice of Voluntary Dismissal, Board of Trustees of the Northern Illinois Benefit Fund, et al., copies of which are attached hereto and hereby served upon you.

                              Respectfully submitted,

                              BOARD OF TRUSTEES OF THE
                              NORTHERN ILLINOIS BENEFIT FUND,
                              et al.


                              By   /S/ Philip Brzozowski
                                    One of its Attorneys

DONALD D. SCHWARTZ
PHILIP BRZOZOWSKI
ARNOLD AND KADJAN
19 West Jackson Blvd.
Chicago, IL 60604
(312) 236-0415

**CERTIFICATE OF SERVICE**

      I hereby certify that on February 26, 2008 I electronically filed the foregoing Notice of Filing and Notice of Voluntary Dismissal with the Clerk of the Court using the CM/ECF system and to the following by U.S. Mail, postage prepaid:

      Lou Kohley
      KCW Environmental
      849 N. Main Street
      Glen Ellyn, IL 60137

**s/Philip Brzozowski**
ARNOLD AND KADJAN
19 W. Jackson Blvd., Suite 300
Chicago, IL 60604
Telephone No.: (312) 236-0415
Facsimile No.: (312) 341-0438
Dated: February 26, 2008