

## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Charles R. Norgle | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6629 | **DATE** | 2/28/2008 |
| **CASE TITLE** | Board of Trustees, et. al. vs. K.C.W. Envtl. Conditioning, Inc. | | |

**DOCKET ENTRY TEXT**

Plaintiffs' motion for voluntary dismissal [8] is GRANTED with prejudice. IT IS SO ORDERED.

*[signature: Charles Norgle]*

Notices mailed by Judicial staff.

| | Courtroom Deputy Initials: | EF |
|---|---|---|